```
AES
Attn: Bankruptcy
Po Box 64378
St. Paul, MN 55164

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

First Progress
Attn: Bankruptcy
Po Box 9053
Johnson City, TN 37615

Honey Creek


IRS
PO Box 7346
Insolvency Unit
Philadelphia, PA 19101

Jacks Baby Enterprises, LLC
3620 North Spring Ave
Saint Louis, MO 63107

Loan Express
300 S Grand
St Louis, MO 63103

MCA Management Co
Attn: Bankruptcy
2835a High Ridge Blvd
High Ridge, MO 63049

MCA Management Co
Attn: Bankruptcy
2835a High Ridge Blvd
High Ridge, MO 63049

Missouri Dept of Revenue
301 W High St
Jefferson City, MO 65105

MSD
2350 Market St
Saint Louis, MO 63103
```

```
OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731

St Louis City Collector of Revenue
c/o Kelsy, Simon, Vollmer
133 S 11th St, Suite 350
Saint Louis, MO 63102

St Louis County Collector of Revenue
41 South Central Ave
Saint Louis, MO 63105

Superior Loan Servicing
7525 N Topanga Canyon Blvd
Canoga Park, CA 91303

World Business Lenders
101 Hudson St
Jersey City, NJ 07302

World Finance Corp
Attn: Bankruptcy
Po Box 6429
Greenville, SC 29606
```