| | | |
|---|---|---|
| Label Matrix for local noticing<br>0865-4<br>Case 23-41881<br>Eastern District of Missouri<br>St. Louis<br>Mon Jun  5 09:34:10 CDT 2023 | 111 South Tenth Street<br>Fourth Floor<br>St. Louis, MO 63102-1125 | AES<br>Attn: Bankruptcy<br>Po Box 64378<br>St. Paul, MN 55164-0378 |
| Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | First Progress<br>Attn: Bankruptcy<br>Po Box 9053<br>Johnson City, TN 37615-9053 |
| IRS<br>PO Box 7346<br>Insolvency Unit<br>Philadelphia, PA 19101-7346 | Jacks Baby Enterprises, LLC<br>3620 North Spring Ave<br>Saint Louis, MO 63107-2220 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Loan Express<br>300 S Grand<br>St Louis, MO 63103-2448 | MCA Management Co<br>Attn: Bankruptcy<br>2835a High Ridge Blvd<br>High Ridge, MO 63049-2209 | (p)METROPOLITAN ST LOUIS SEWER DISTRICT<br>2350 MARKET STREET<br>ST LOUIS MO 63103-2555 |
| Missouri Department of Revenue<br>PO Box 475<br>301 W High St<br>Jefferson City MO 65101-1517 | Missouri Dept of Revenue<br>301 W High St<br>Jefferson City, MO 65101-1517 | Office of US Trustee<br>111 S Tenth St, Ste 6.353<br>St. Louis, MO 63102-1127 |
| OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | St Louis City Collector of Revenue<br>c/o Kelsy, Simon, Vollmer<br>133 S 11th St, Suite 350<br>Saint Louis, MO 63102-1140 | (p)ST  LOUIS COUNTY COLLECTOR OF REVENUE<br>41 S CENTRAL AVE<br>SAINT LOUIS MO 63105-1721 |
| (p)SUPERIOR LOAN SERVICING<br>ATTN ASSET DEFAULT MANAGEMENT<br>7525 TOPANGA CANYON BLVD<br>CANOGA PARK CA 91303-1214 | (p)U  S  ATTORNEY'S OFFICE<br>111 SOUTH TENTH STREET ROOM 20 333<br>ST LOUIS MO 63102-1128 | World Business Lenders<br>101 Hudson St<br>Jersey City, NJ 07302-3915 |
| World Finance Corp<br>Attn: Bankruptcy<br>Po Box 6429<br>Greenville, SC 29606-6429 | Diana S. Daugherty<br>Chapter 13 Trustee<br>P. O. Box 430908<br>St. Louis, MO 63143-0908 | Kim Y Jackson<br>5947 Hamilton Terrace<br>Saint Louis, MO 63112-3501 |
| William H. Ridings Jr.<br>Ridings Law Firm<br>2510 S. Brentwood Blvd, Ste. 205<br>St. Louis, MO 63144-2326 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
MSD                          St Louis County Collector of Revenue      Superior Loan Servicing
2350 Market St               41 South Central Ave                      7525 N Topanga Canyon Blvd
Saint Louis, MO 63103        Saint Louis, MO 63105                     Canoga Park, CA 91303


United States Attorney
111 South 10th Street
20th Floor
St. Louis MO 63102
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Honey Creek               End of Label Matrix
                             Mailable recipients    24
                             Bypassed recipients     1
                             Total                  25
```