UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 23-41881 |
| | ) | Chapter 13 |
| | ) | Motion to Extend Stay |
| Kim Y Jackson | ) | |
|    Debtor | ) | Hearing Date: 06/29/23 |
| | ) | Hearing Time: 11:00 AM |
| Diana Daugherty | ) | Courtroom 7 North |
| | ) | |
|    Trustee. | ) | William H Ridings, Jr., |
| | ) | 2510 S. Brentwood Blvd., Ste. 205 |
| | ) | Brentwood, MO 63144 |

**DENIED**

July 3, 2023

Kathy A. Surratt-States
Kathy A. Surratt-States
UNITED STATES BANKRUPTCY JUDGE

### Motion to Extend the Automatic Stay

    Comes now, the above Debtor through her attorney has requested that she file a Motion to Extend the Automatic Stay states as follows:

    1. Debtor filed the above captioned case in good faith on May 31, 2023.

    2. Debtor filed previous case on May 31, 2023 being case #23-41129 that was dismissed on April 17, 2023 for failure to file a Chapter 13 Plan, Schedules, Statement of Financial Affairs, and Form (B122)..

    3. Pursuant to 11 USC Section 362(c )(3)(A) the automatic stay will expire on the 30th day after filing the above captioned case.

    4. The court may extend the automatic stay for the life of the case pursuant to 11 USC Section 362 (c) (3)(B).

    5. Debtor's current case is filed in good faith. Debtor has filed all necessary schedules and paid all filing fees.

    6. If the automatic stay is not extended, Debtor could lose their residence due to foreclosure.

    7. Debtors change in circumstances is that she has filed all Schedules, Statement of Financial Affairs, Form (B122), and a Chapter 13 Plan.

**Wherefore**, Debtors respectfully requests that this court continue the automatic stay in this case to the conclusion of the case, and for any and all further relief which this Court deems just and proper in the premises.

                                                           Respectfully submitted,

Date: June 05, 2023

                                                           /s/ William H. Ridings, Jr.

William H. Ridings, Jr., #38672,
2510 South Brentwood, Ste. 205
Brentwood, MO  63144
(314)968-1313
(314)968-1302 fax
ridingslaw2003@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically on **June 05, 2023** with the United States Bankruptcy Court and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I hereby certify that a true and correct copy of the foregoing document was filed electronically on **June 05, 2023** with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully prepaid, addresses to those parties listed on the Court's Manual Notice List and listed below on **June 05, 2023.**

: /s/ William Ridings, Jr.,

Kim Y Jackson
5947 Hamilton Terrace
St. Louis, MO 63112

See Attached Matrix

United States Bankruptcy Court
Eastern District of Missouri

In re:  
Kim Y Jackson  
    Debtor

Case No. 23-41881-kss  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0865-4      User: admin      Page 1 of 2  
Date Rcvd: Jul 03, 2023      Form ID: pdfo2      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kim Y Jackson, 5947 Hamilton Terrace, Saint Louis, MO 63112-3501 |
| 25376127 | + | Jacks Baby Enterprises, LLC, 3620 North Spring Ave, Saint Louis, MO 63107-2220 |
| 25376128 | + | Loan Express, 300 S Grand, St Louis, MO 63103-2448 |
| 25376136 | ++ | SUPERIOR LOAN SERVICING, ATTN ASSET DEFAULT MANAGEMENT, 7525 TOPANGA CANYON BLVD, CANOGA PARK CA 91303-1214 address filed with court:, Superior Loan Servicing, 7525 N Topanga Canyon Blvd, Canoga Park, CA 91303 |
| 25376134 | + | St Louis City Collector of Revenue, c/o Kelsy, Simon, Vollmer, 133 S 11th St, Suite 350, Saint Louis, MO 63102-1140 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25376121 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 03 2023 22:23:00 | AES, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 25376122 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 03 2023 22:23:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2609 |
| 25376123 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 03 2023 22:29:07 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 25376124 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Jul 03 2023 22:23:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 25376126 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 03 2023 22:23:00 | IRS, PO Box 7346, Insolvency Unit, Philadelphia, PA 19101-7346 |
| 25377645 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2023 22:40:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25376129 | + | Email/Text: JRepa@mcacollectionagency.com | Jul 03 2023 22:23:00 | MCA Management Co, Attn: Bankruptcy, 2835a High Ridge Blvd, High Ridge, MO 63049-2209 |
| 25387041 | | Email/Text: bkresearch@stlmsd.com | Jul 03 2023 22:23:00 | Metropolitan St Louis Sewer District, Attn: Bankruptcy, 2350 Market St, St. Louis MO 63103 |
| 25376132 | | Email/Text: bkresearch@stlmsd.com | Jul 03 2023 22:23:00 | MSD, 2350 Market St, Saint Louis, MO 63103 |
| 25376327 | + | Email/Text: ecfnotices@dor.mo.gov | Jul 03 2023 22:23:00 | Missouri Department of Revenue, PO Box 475, 301 W High St, Jefferson City MO 65101-1517 |
| 25376131 | + | Email/Text: ecfnotices@dor.mo.gov | Jul 03 2023 22:23:00 | Missouri Dept of Revenue, 301 W High St, Jefferson City, MO 65101-1517 |
| 25383351 | | Email/PDF: cbp@omf.com | Jul 03 2023 22:29:07 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 25376133 | + | Email/PDF: cbp@omf.com | Jul 03 2023 22:29:07 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 25379930 | | Email/Text: bnc-quantum@quantum3group.com | Jul 03 2023 22:23:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 25376135 | | Email/Text: BankruptcyFiling@stlouisco.com | Jul 03 2023 22:23:00 | St Louis County Collector of Revenue, 41 South Central Ave, Saint Louis, MO 63105 |
| 25376328 | + | Email/Text: usamoe.bankruptcy.filings@usdoj.gov | Jul 03 2023 22:23:00 | United States Attorney, 111 South 10th Street, 20th Floor, St. Louis MO 63102 |
| 25389215 | | Email/Text: EDBKNotices@ecmc.org | Jul 03 2023 22:23:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 25376137 | + | Email/Text: resolutions@wbl.com | Jul 03 2023 22:23:00 | World Business Lenders, 101 Hudson St, Jersey City, NJ 07302-3915 |
| 25376138 | + | Email/Text: bk@worldacceptance.com | Jul 03 2023 22:23:27 | World Finance Corp, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25376125 | | Honey Creek |
| 25376130 | *+ | MCA Management Co, Attn: Bankruptcy, 2835a High Ridge Blvd, High Ridge, MO 63049-2209 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2023               Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cynthia M Kern Woolverton | on behalf of Creditor WBL SPO I bkty@msfirm.com cwoolverton@ecf.courtdrive.com |
| Diana S. Daugherty | standing_trustee@ch13stl.com trust33@ch13stl.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| Pamela B. Leonard | on behalf of Creditor WBL SPO I bkty@msfirm.com pleonard@ecf.courtdrive.com |
| William H. Ridings, Jr. | on behalf of Debtor Kim Y Jackson ridingslaw2003@yahoo.com |

TOTAL: 5